## AUDLEY WATSON *v.* COMMISSIONER OF CORRECTION
## (AC 22994)

Foti, Bishop and Dupont, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.

## ASHOK MAZUMDAR *v.* ABHA MAZUMDAR
## (AC 23098)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.

## GILBERT R. GAUVIN *v.* RALPH MARCARELLI
## (AC 23100)

Schaller, West and Hennessy, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.